# LAW OFFICES
# CHRISTOPHER MADIOU

50 BROAD STREET                                                                        P (917) 408 - 6484
SUITE 1609                                                                             F (212) 571 - 9149
NEW YORK, NY 10004                                                        CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

---

December 13, 2021

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007-1312
*By ECF*

> **APPLICATION GRANTED**
> **SO ORDERED**
> VERNON S. BRODERICK
> U.S.D.J. 12/17/2021
>
> Sentencing in this matter is hereby adjourned to February 18, 2022 at 10:00 am.

Re:     *United States v. Erick Riera*, 21 Cr. 470 (VSB)

Dear Judge Broderick,

    I represent Erick Riera in the above-mentioned case. I write with consent from the government to request an adjournment of Mr. Riera's sentencing for approximately 30 days. Sentencing is currently scheduled for January 19, 2022 with Mr. Riera's sentencing submission due on January 5, 2022. I am requesting this adjournment because I have several conflicts in my schedule which prevent me from being prepared to proceed to sentencing.

    Therefore, to ensure effective representation of Mr. Riera at sentencing, I respectfully ask the Court to adjourn Mr. Riera's sentencing to a date approximately 30 days from January 19, 2022. Again, the government, through AUSA Mitzi Steiner, consents to this request.

    Thank you in advance for your consideration.

Sincerely,

Christopher Madiou

Cc:    AUSA Mitzi Steiner (via ECF)